NANCY K. McCOMBS (CSBN 163629)
Law Office of Nancy K. McCombs
12 Geary St., #201
San Francisco, CA 94108
(415) 678-2626
E-mail: nmccombslaw@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CRUMRINE,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social Security,<br><br>        Defendant | Case No.: 2:12-cv-02643-DAD<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A) |

      The court, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A), hereby grants Plaintiff's motion that this case be voluntarily dismissed.  Because this motion to dismiss satisfies the requirements of F.R.C.P. Rule 41(a)(1)(A), the dismissal is granted without prejudice.

Dated:  November 8, 2012

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\crumrine2643.voldism.doc